UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-23579-RNS

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**DAX INTERNATIONAL BROKERS, INC.,**
**a Florida for-profit corporation,**

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, though their respective Counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to file the necessary dismissal documents.

    DATED: December 22, 2022.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By  _/s/ Roderick V. Hannah_ | By  _/s/ Pelayo M. Duran_ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**EPGD ATTORNEYS AT LAW, P.A.**
Attorneys for Defendant
777 SW 37th Ave., Ste. 510
Miami, Florida 33135
T: (786) 837-6787
F: (305) 718-0687
Email:  yolday@epgdlaw.com
Email:  jordan@epgdlaw.com


BY: /S/ YOLDAY DIAZ BARRETO, ESQ.
        Yolday Diaz Barreto, Esq.
        Florida Bar No.: 106332